IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

KARANYA MARQUIS DUDLEY                                                              PLAINTIFF

v.                                            Case No. 4:24-cv-4038

STATE OF ARKANSAS; STATE TROOPER
JACOB MEADOWS; STATE OF ARKANSAS
HEADQUARTERS TROOP G;
AMY FREEDMAN; STATE POLICE TROOP G;
MILLER COUNTY SHERIFF'S OFFICE;
SUPERVISOR OF HEADQUARTERS;
and BOOKING OFFICER # 0829                                                          DEFENDANTS

## **ORDER**

Before the Court is a Report and Recommendation ("R&R") issued by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. ECF No. 9. Upon preservice screening of Plaintiff's Motion for Service (ECF No. 3) Amended Complaint (ECF No. 6) pursuant to 28 U.S.C. § 1915(e)(2), Judge Bryant recommends that:

- Plaintiff's 42 U.S.C. § 1983 official capacity claims against the State of Arkansas, State of Arkansas Headquarters Troop G, State Police Troop G, Defendant Meadows, Defendant Freedman, Miller County Sheriff's Office, and Defendant Supervisor of Headquarters be dismissed without prejudice because they have immunity or are not entities subject to § 1983 claims.

- Plaintiff's § 1983 claims against the Miller County Sheriff's Office be dismissed without prejudice for also failing to state a claim.

- Plaintiff's § 1983 individual capacity claims against Defendants Meadows and Booking Officer #8029 be administratively stayed until Plaintiff can show that her criminal case in Miller County has resolved.

- Plaintiff's Motion for Service (ECF No. 3) be denied.

Plaintiff filed a timely objection, but it consists solely of conclusory statements in opposition to Judge Bryant's recommendations. ECF No. 11. Thus, the Court will review Judge Bryant's R&R for clear error. *See Griffini v. Mitchell*, 31 F.3d 690, 692 (8th Cir. 1994) (noting that a specific objection is necessary to require a *de novo* review of a magistrate's recommendation instead of a review for clear error).

Upon review, finding no clear error on the face of the record and that Judge Bryant's reasoning is sound, the Court adopts the R&R (ECF No. 9) in toto. Plaintiff's Motion for Service (ECF No. 3) is hereby **DENIED**. All claims except the individual capacity claims against Defendants Meadows and Booking Officer #8029 are hereby **DISMISSED WITHOUT PREJUDICE**. The remaining individual capacity claims against Defendants Meadows and Booking Officer #8029 are hereby **ADMINISTRATIVELY STAYED** until Plaintiff can show that her criminal case in Miller County has resolved.

**IT IS SO ORDERED**, this 20th day of March, 2025.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge